■ HELAINE HULNICK, Respondent, v RICHARD HULNICK, Appellant. [733 NYS2d 344] —Order, Supreme Court, New York

County (Judith Gische, J.), entered on or about October 25, 2000, unanimously affirmed for the reasons stated by Gische, J., without costs or disbursements. No opinion. Concur—Tom, J. P., Andrias, Lerner, Saxe and Buckley, JJ.